IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| IN RE GRAND JURY SUBPOENA ) | 0:11-mc-2165-JFA |
| GJ 3 1/2011-512 ) | |
| Dated November 22, 2011 ) | ORDER |
| ) | |
| TIMOTHY RAY WALKER ) | |
| ) | |
| _____ ) | |

This matter is before the court on motion of Timothy Ray Walker, pro se, to quash and stay a subpoena duces tecum issued to him on November 22, 2011 in this District.

The court hereby denies Walker's motion to stay and quash the subpoena duces tecum. The Government seeks the grand jury subpoena to furnish "[h]andwriting exemplars, fingerprints, and palmprints." Walker does not make a claim of constitutional protection. As the Government notes, no such privilege exists against being required to provide handwriting exemplars or fingerprints. *U.S. v. Dionisio*, 410 U.S. 1, 5-6 (1973); *see also Gilbert v. California*, 388 U.S. 263, 266 (1967) (holding that taking of handwriting exemplars did not violate privilege against self-incrimination). Because the documents sought are not protected by constitutional privilege, Walker's motion to quash or stay the subpoena duces tecum issued to him on November 22, 2011 is denied.

IT IS SO ORDERED.

*Joseph F. Anderson, Jr.* (signature)

January 3, 2012                                        Joseph F. Anderson, Jr.
Columbia, South Carolina                       United States District Judge